JOHN FARSON and Others v. CROISIC REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of WILLIAM C. BAKER v. ANDREW J. MAGUIRE.— Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JAMES L. BUNNELL v. ELVERTON R. CHAPMAN.— Motion to continue stay granted. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

BESSIE ISHIE v. ALFRED E. NORTON COMPANY.— Application to dispense with printing granted. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CAROLINE HYATT v. RACHEL WEISENBERG.—Motion granted. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

MARY KIWIN v. ABRAHAM GABRIEL MALOOF.— Motion denied. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JAMES L. BUNNELL v. ELVERTON R. CHAPMAN.— Motion to strike papers from record granted. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

MARY A. WILLIAMS v. SARAH D. DONOVAN.— Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of LAWYERS TITLE AND TRUST COMPANY.— Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

BABY SHOW EXHIBITION COMPANY v. CROWELL PUBLISHING COMPANY.—Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

NEW YORK COUNTY NATIONAL BANK v. JAMES S. HERRMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

WATER SUPERVISION COMPANY v. DAVIS SHALL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ÆTNA MORTGAGE COMPANY v. ALEXANDER BIENSTOCK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

KILBOURNE & JACOBS MFG. COMPANY v. HUGH C. FOX and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

HARBURGER v. CAMPBELL. YOUNGER v. CAMPBELL.— Application granted. Orders signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JEFFERSON M. LEVY v. SOLOMON HOLLANDER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ROBERT E. BURKE v. LEON MOYSE and Another.— Application granted.